UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIUQIN YOU,<br><br>                                    Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of Imperial Regional Adult Detention Facility; et al.,<br><br>                                    Respondents. | Case No.:  26-cv-3156-BJC-JLB<br><br>**ORDER GRANTING PETITION OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On May 20, 2026, Xiuqin You ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  On May 22, 2026, the Court set a briefing schedule and issued a limited stay.  ECF No. 3.  On May 28, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief."  ECF No. 6 at 3.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus.  Having shown good cause, Respondents shall immediately release Petitioner under the previous set conditions when she was released on her own recognizance on November 17, 2023.  ECF No. 1 at 4.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  June 10, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-3156-BJC-JLB